IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANG KOO PARK, et al., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EVANSTON INSURANCE CO., et al., | : | No. 19-4753 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **4th** day of **March 2020**, upon consideration of Defendants' Motion to Dismiss and Plaintiffs' response in opposition, and for the reasons set forth in this Court's Memorandum dated March 4, 2020, it is **ORDERED** that the motion (Document No. 3) is **GRANTED in part and DENIED in part**, as follows:

1. The motion is **DENIED** as to the breach of contract claim.

2. The motion is **GRANTED** as to the bad faith claim, which is dismissed without prejudice.

3. Plaintiffs have until March 25, 2020 to file an amended complaint.

                                              BY THE COURT:

                                              _____
                                              **Berle M. Schiller, J.**